# In the United States Court of Federal Claims

No. 05-1119 L
Filed: May 13, 2015

*******************************************
|  |  |
|---|---|
| | * |
| ST. BERNARD PARISH GOVERNMENT | * |
| AND OTHER OWNERS OF REAL | * |
| PROPERTY IN ST. BERNARD PARISH | * |
| OR THE LOWER NINTH WARD OF THE | * |
| CITY OF NEW ORLEANS, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

*******************************************

## ORDER

On May 6, 2015, the court convened a settlement conference at the United States District Court for the Eastern District of Louisiana, during which the parties discussed three options: mediation; certification or interlocutory appeal of the court's May 1, 2015 Memorandum Opinion And Order On Liability Regarding A Temporary Taking By Flooding to the United States Court of Appeals for the Federal Circuit; or proceeding to final judgment.

On May 13, 2015, the Government informed the court that it would need ninety days to determine which of these options to pursue.

Accordingly, the Government is ordered to file a notice informing the court of its decision on or before August 10, 2015.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**